# EXHIBIT A

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---|---|
| 4. A method for providing wireless telecommunication services to mobile devices, the method comprising: | Macy's, Inc. ("Macy's" or "Defendant"), using the Macy's App ("Accused Product") performs and/or instructs its customers to perform a method according to claim 4.<br><br>The Macy's App provides a "Store Locator" feature to find a store near to a user. Macy's website provides a similar feature "Stores" to find nearby stores.<br><br>**[MACY'S APP]**<br><br><br><br>[Link: https://www.macys.com/s/enhance-app/]<br><br>**[ABOUT MACY'S MOBILE APP]** |

Page |A-1

1

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---|---|
|  |  [Link: https://www.macys.com/customer-service/articles/about-macys-mobile-app] <br><br>**[MACY'S APP – APPLE APP STORE]** |

Page |A-2

2

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---|---|
|  | |

3

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---|---|
| |  [Link: https://apps.apple.com/us/app/macys-online-shopping-save/id341036067] <br><br> **[MACY'S - STORES]** |

4

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---|---|
| | <br><br>[Link: https://www.macys.com/]<br><br>[Link: https://www.macys.com/stores/] |

Case 2:26-cv-00604    Document 1-3    Filed 07/23/26    Page 6 of 44 PageID #: 27

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---|---|
| | **[MACY'S APP – IOS VERSION]**<br><br> |

6

| Claim 4 | MACY'S, INC. |
| --- | --- |
| | Macy's is providing "Store Locator" option to the wirelessly connected mobile devices<br><br>[Source: Screenshots taken from Macy's App, running on iPhone]<br><br>**[MACY'S APP - GOOGLE PLAY STORE]** |

| Claim 4 | MACY'S, INC. |
|---------|--------------|
|  |  |

Case 2:26-cv-00604    Document 1-3    Filed 07/23/26    Page 9 of 44 PageID #:  30

8

| Claim 4 | MACY'S, INC. |
|---|---|
| | **Version** 2606.1.0 **Updated on** Jun 4, 2026 **Requires Android** 9 and up **Downloads** 10,000,000+ downloads **Content rating** Rated for 3+ Learn more **Permissions** View details **Offered by** Macy's Inc |

9

| Claim 4 | MACY'S, INC. |
|---|---|
| |  [Link: https://play.google.com/store/apps/details?id=com.macys.android&hl=en_US]<br><br>**[MACY'S NOTICE OF PRIVACY PRACTICES]** |

| Claim 4 | MACY'S, INC. |
|---|---|
| | ## Macy's and macys.com Notice of Privacy Practices<br><br>This Notice of **Privacy Practices** ('Notice') was updated in **May 2026.**<br><br>This Notice applies to **Personal Information** collected, processed, or stored by and between Macy's, macys.com, Macy's Backstage, and Market by Macy's. Personal Information may be shared between or processed by any of these brands.<br><br>## Why We Collect and Use Information<br><br>We at Macy's understand that you entrust your data to us. We value that trust.<br><br>Your Personal Information will be retained only as long as necessary to carry out the purposes outlined in this Notice. Personal Information will be retained and disposed of in accordance with Macy's Data Retention Policy and Schedule. |

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. | | | | | |
|---|---|---|---|---|---|---|
| **Geolocation** Information We Collect Through Data Collection Technologies When shopping on our website we collect geolocation data such as IP address. | | ✓ | ✓ | ✓ | ✓ | |
| **Precise Geolocation\*** Information We Collect Through Data Collection Technologies We collect location data when your device is set to provide location information or when you have notified the store that you have arrived to pick up your curbside order. | | ✓ | | ✓ | | |

[Link:    https://www.macys.com/customer-service/articles/macys-and-macyscom-notice-of-privacy-practices-2]

[ABOUT                                                                                                    MACY'S]

Page |A-12

12

| Claim 4 | MACY'S, INC. |
|---|---|
| |  [Link: https://www.macys.com/s/welcome-to-macys/]<br><br>**[MACY'S APP – IOS VERSION]** |

| Claim 4 | MACY'S, INC. |
|---|---|
| |  |

Case 2:26-cv-00604   Document 1-3   Filed 07/23/26   Page 15 of 44 PageID #: 36

14

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---|---|
| | <br><br>User inputs (such as zooming out), for expanding the distance for which Macy's showing the results for stores (point of interest) |

Page |A-15

15

| Claim 4 | MACY'S, INC. |
|---|---|
| |  After zooming out on the map view of results, Macy's provides a next-closer list of stores ("points of interests"), which provides a greater number of stores covering broader area/distance that almost covers another city<br><br>[Source: Screenshots taken from Macy's App, running on iPhone] |

| Claim 4 | MACY'S, INC. |
|---|---|
| receiving a command from a user's mobile device to locate points of interest near to a location of the user's mobile device, wherein each of the points of interest are associated with one of two or more different and user-identified point of interest categories; | Macy's, using the Accused Product, performs the step of receiving a command from a user's mobile device to locate points of interest near to a location of the user's mobile device, wherein each of the points of interest are associated with one of two or more different and user-identified point of interest categories.<br><br>For example, when a user search for stores at "Store Locator" option of the Macy's App, Macy's server receives a command to locate stores ("point of interest") near a location of the smartphone ("location of the mobile device") as Macy's provides results on list-view with results arranged in ascending order of the distance (meaning that the closest is on top of the result set) of the store w.r.t. the current location of the mobile device.<br><br>Further, each store in the result set, associated with one of categories, of two or more categories selected by the user in the "Filter" option.<br><br>**[MACY'S APP – IOS VERSION]** |

17

U.S. Patent No. 7,532,899



Macy's is providing "Store Locator" option to the wirelessly connected mobile devices

MACY'S, INC.

Claim 4

| Claim 4 | MACY'S, INC. |
|---|---|
| |  |

| Claim 4 | MACY'S, INC. |
|---|---|
| |  |

20

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---|---|
| |  |

Page |A-21

21

Case 2:26-cv-00604    Document 1-3    Filed 07/23/26    Page 23 of 44 PageID #: 44

Page |A-22

| Claim 4 | MACY'S, INC. |
|---------|--------------|
| |  |

22

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---|---|
| |  [Source: Screenshots taken from Macy's App, running on iPhone] [MACY'S NOTICE OF PRIVACY PRACTICES] |

Page |A-23

23

| Claim 4 | MACY'S, INC. |
|---|---|
|  | **Macy's and macys.com Notice of Privacy Practices**<br><br>This Notice of **Privacy Practices** ('Notice') was updated in **May 2026.**<br><br>This Notice applies to **Personal Information** collected, processed, or stored by and between Macy's, macys.com, Macy's Backstage, and Market by Macy's. Personal Information may be shared between or processed by any of these brands.<br><br>**Why We Collect and Use Information**<br><br>We at Macy's understand that you entrust your data to us. We value that trust.<br><br>Your Personal Information will be retained only as long as necessary to carry out the purposes outlined in this Notice. Personal Information will be retained and disposed of in accordance with Macy's Data Retention Policy and Schedule. |

| Claim 4 | MACY'S, INC. | | | | | |
|---|---|---|---|---|---|---|
| | **Geolocation** — Information We Collect Through Data Collection Technologies When shopping on our website we collect geolocation data such as IP address. | ✓ | ✓ | ✓ | ✓ | |
| | **Precise Geolocation*** — Information We Collect Through Data Collection Technologies We collect location data when your device is set to provide location information or when you have notified the store that you have arrived to pick up your curbside order. | ✓ | | ✓ | | |
| | [Link: https://www.macys.com/customer-service/articles/macys-and-macyscom-notice-of-privacy-practices-2] | | | | | |
| automatically determining the location of the user's mobile device; | Macy's, using the Accused Product, performs the step of automatically determining the location of the user's mobile device. Macy's automatically determines the precise-location/current-location of the user's smartphone ("mobile device"). | | | | | |

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---|---|
| | **[MACY'S APP – APPLE APP STORE]**<br><br> |

26

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---|---|
| |  [Link: https://apps.apple.com/us/app/macys-online-shopping-save/id341036067]<br><br>[MACY'S APP – IOS VERSION] |

U.S. Patent No. 7,532,899

Page |A-28

| Claim 4 | MACY'S, INC. |
|---------|--------------|
| |  |

28

| Claim 4 | MACY'S, INC. |
|---------|--------------|
|         | [Source: Screenshots taken from Macy's App, running on iPhone]<br><br>[MACY'S        NOTICE        OF        PRIVACY        PRACTICES] |

| Claim 4 | MACY'S, INC. |
|---|---|
| | **Macy's and macys.com Notice of Privacy Practices**<br><br>This Notice of **Privacy Practices** ('Notice') was updated in **May 2026.**<br><br>This Notice applies to **Personal Information** collected, processed, or stored by and between Macy's, macys.com, Macy's Backstage, and Market by Macy's. Personal Information may be shared between or processed by any of these brands.<br><br>**Why We Collect and Use Information**<br><br>We at Macy's understand that you entrust your data to us. We value that trust.<br><br>Your Personal Information will be retained only as long as necessary to carry out the purposes outlined in this Notice. Personal Information will be retained and disposed of in accordance with Macy's Data Retention Policy and Schedule. |

U.S. Patent No. 7,532,899

Page |A-31

| Claim 4 | MACY'S, INC. | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Geolocation** | **Information We Collect Through Data Collection Technologies** When shopping on our website we collect geolocation data such as IP address. | ✓ | ✓ | ✓ | ✓ | |
| | **Precise Geolocation\*** | **Information We Collect Through Data Collection Technologies** We collect location data when your device is set to provide location information or when you have notified the store that you have arrived to pick up your curbside order. | ✓ | | ✓ | | |

[Link: https://www.macys.com/customer-service/articles/macys-and-macyscom-notice-of-privacy-practices-2]

| | |
|---|---|
| based at least in part on the determined location, automatically providing to the user's mobile device a list of points of interest, | Macy's, using the Accused Product, performs the step, which, based at least in part on the determined location, automatically providing to the user's mobile device a list of points of interest, wherein the list substantially simultaneously presents at least one point of interest for at least some of the different and user-identified point of interest categories, and wherein the list of points of interest represent points of interest that are geographically closest to the location of the user's mobile device. |

31

| Claim 4 | MACY'S, INC. |
|---|---|
| wherein the list substantially simultaneously presents at least one point of interest for at least some of the different and user-identified point of interest categories, and wherein the list of points of interest represent points of interest that are geographically closest to the location of the user's mobile device; | Macy's provides a list view of the stores ("list of point of interests") to the user's smartphone ("mobile device") based on the location of the mobile device (as Macy's provide results that are geographically closest to the location of the user's mobile device with details such as distance from current location) after user applies the filters ("point of interest categories"). Further, the results ("list") includes stores from the user-identified point of interest categories (filters selected by user such as Curbside Pickup, Personal Stylist) and also related to some different categories (some different categories such as Visitor center, Furniture Gallery, Mattress, Restaurant, Bridal).<br><br>**[MACY'S APP – IOS VERSION]** |

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---------|--------------|
| | User selected filters |

Page |A-33

33

U.S. Patent No. 7,532,899

**Claim 4**

**MACY'S, INC.**



Closest store ("Point of interest") to the geographical location of the mobile device, as result set are arranged in ascending order of the distance from current location of the mobile device

U.S. Patent No. 7,532,899

**Claim 4**

**MACY'S, INC.**



User selected filters (categories), used by the user for applying filters

Case 2:26-cv-00604    Document 1-3    Filed 07/23/26    Page 37 of 44 PageID #: 58

| Claim 4 | MACY'S, INC. |
|---|---|
| | <br><br>[Source: Screenshots taken from Macy's App, running on iPhone] |
| receiving input from the user's mobile device; and | Macy's, using the Accused Product, performs the step of receiving input from the user's mobile device.<br><br>Macy's receives a user input, when a user zooms out on the map view on the result set presented to the user's mobile device.<br><br>**[MACY'S APP – IOS VERSION]** |

36

U.S. Patent No. 7,532,899

**MACY'S, INC.**

**Claim 4**



User inputs (such as zooming out), for expanding the distance for which Macy's showing the results for stores (point of interest)

Page |A-37

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---|---|
| |  [Source: Screenshots taken from Macy's App, running on iPhone] |
| providing a next-closer list of points of interest, | Macy's, using the Accused Product, performs the step of providing a next-closer list of points of interest, wherein the next-closer list substantially simultaneously presents at least one point of |

After zooming out on the map view of results, Macy's provides a next-closer list of stores ("points of interests"), which provides a greater number of stores covering broader area/distance that almost covers another city.

38

| Claim 4 | MACY'S, INC. |
|---|---|
| wherein the next-closer list substantially simultaneously presents at least one point of interest for at least some of the different and user-identified point of interest categories that are geographically next closest to the location of the user's mobile device than points of interest in the list of points of interest. | interest for at least some of the different and user-identified point of interest categories that are geographically next closest to the location of the user's mobile device than points of interest in the list of points of interest.<br><br>After the user zooms out, Macy's provides a next-closer list of stores ("point of interest") that almost covers the whole city area/distance. Further, the next-closer results ("list") includes stores which are not presented in the previous results ("list"), and are from the user-identified point of interest categories (filters selected by user such Curbside Pickup, Personal Stylist) and also related to some different categories (some different categories such as Furniture Gallery, Mattress, Bridal).<br><br>**[MACY'S APP – IOS VERSION]** |

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---|---|
| |  User inputs (such as zooming out), for expanding the distance for which Macy's showing the results for stores (point of interest) |

40

| Claim 4 | MACY'S, INC. |
|---|---|
| | After zooming out on the map view of results, Macy's provides a next-closer list of stores ("points of interests"), which provides a greater number of stores covering broader area/distance that almost covers covers another city. |

| Claim 4 | MACY'S, INC. |
|---|---|
|  |  After user zooms out, map-view of results with next-closer list of stores<br><br>User can see the store details by clicking on the location marking of the store, in the map view |

42

U.S. Patent No. 7,532,899

| Claim 4 | MACY'S, INC. |
|---------|--------------|



Next-closer POI (store) with some different categories

Next-closer POI (store) with User selected categories

[Source: Screenshots taken from Macy's App, running on iPhone]