# **EXHIBIT B**

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| 1. A method for providing wireless telecommunication services, the method comprising: | Macy's, Inc. ("Macy's" or "Defendant"), using the Macy's App ("Accused Product") performs and/or instructs its customers to perform a method according to claim 1. <br><br> The Macy's App provides a "Store Locator" feature to find a store near to a user. Macy's website provides a similar feature "Stores" to find nearby stores. <br><br> **[MACY'S APP]** <br><br>  <br><br> [Link: https://www.macys.com/s/enhance-app/] |

1

Case 2:26-cv-00604    Document 1-4    Filed 07/23/26    Page 3 of 46 PageID #: 68

Page |B-2

| Claim 1 | MACY'S, INC. |
|---|---|
| | <br><br>[Link: http://web.archive.org/web/20220326124835/https://www.macys.com/s/enhance-app/ (Wayback Version of 2022)]<br><br>**[MACY'S - STORES]** |

2

Case 2:26-cv-00604   Document 1-4   Filed 07/23/26   Page 4 of 46 PageID #: 69

| Claim 1 | MACY'S, INC. |
|---|---|
| | <br><br>[Link: https://www.macys.com/stores/]<br><br>**[ABOUT MACY'S MOBILE APP]** |

3

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| |  [Link: https://www.macys.com/customer-service/articles/about-macys-mobile-app]<br><br>**[MACY'S APP – APPLE APP STORE]** |

4

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
|  | |

5

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
|  | <br><br>[Link: https://apps.apple.com/us/app/macys-online-shopping-save/id341036067]<br><br>**[MACY'S APP – IOS VERSION]** |

6

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---------|--------------|
| |  |

Case 2:26-cv-00604    Document 1-4    Filed 07/23/26    Page 8 of 46 PageID #: 73

7

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| |  |

8

| Claim 1 | MACY'S, INC. |
|---------|--------------|
| |  |

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
| --- | --- |
| |  |

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| | Macy's App is providing "Store Locator" option to the wirelessly connected mobile devices<br><br>[Source: Screenshots taken from Macy's App, running on iPhone]<br><br>**[MACY'S APP - GOOGLE PLAY STORE]** |

Page |B-11

11

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|



U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
|  | **Version** 2606.1.0     **Updated on** Jun 4, 2026 <br><br> **Requires Android** 9 and up     **Downloads** 10,000,000+ downloads <br><br> **Content rating** Rated for 3+ Learn more     **Permissions** View details <br><br> **Offered by** Macy's Inc |

Page |B-13

13

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| |  [Link: https://play.google.com/store/apps/details?id=com.macys.android&hl=en_US] <br><br> **[MACY'S          NOTICE          OF          PRIVACY          PRACTICES]** |

Page |B-14

14

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| | **Macy's and macys.com Notice of Privacy Practices**<br><br>This Notice of **Privacy Practices** ('Notice') was updated in **May 2026.**<br><br>This Notice applies to **Personal Information** collected, processed, or stored by and between Macy's, macys.com, Macy's Backstage, and Market by Macy's. Personal Information may be shared between or processed by any of these brands.<br><br>**Why We Collect and Use Information**<br><br>We at Macy's understand that you entrust your data to us. We value that trust.<br><br>Your Personal Information will be retained only as long as necessary to carry out the purposes outlined in this Notice. Personal Information will be retained and disposed of in accordance with Macy's Data Retention Policy and Schedule. |

Page |B-15

15

Case 2:26-cv-00604    Document 1-4    Filed 07/23/26    Page 17 of 46 PageID #: 82

| Claim 1 | MACY'S, INC. | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Geolocation** | **Information We Collect Through Data Collection Technologies** When shopping on our website we collect geolocation data such as IP address. | ✓ | | ✓ | | ✓ | ✓ |
| | **Precise Geolocation\*** | **Information We Collect Through Data Collection Technologies** We collect location data when your device is set to provide location information or when you have notified the store that you have arrived to pick up your curbside order. | ✓ | | | ✓ | | |

[Link:    https://www.macys.com/customer-service/articles/macys-and-macyscom-notice-of-privacy-practices-2]

[ABOUT                                                                                                                         MACY'S]

Page |B-16

16

Case 2:26-cv-00604    Document 1-4    Filed 07/23/26    Page 18 of 46 PageID #: 83

| Claim 1 | MACY'S, INC. |
|---|---|
| | <br><br>[Link: https://www.macys.com/s/welcome-to-macys/] |
| receiving, from a mobile device, a request to identify points of interest near a location of the mobile device, wherein the request comprises a plurality of letters; | Macy's, using the Accused Product, performs the step of receiving, from a mobile device, a request to identify points of interest near a location of the mobile device, wherein the request comprises a plurality of letters.<br><br>For example, when a user searches for "Queens" ("request includes plurality of letters") at "Store Locator" option of the Macy's App, Macy's server receives a request to identify stores ("point of interest") near a location of the smartphone ("location of the mobile device").<br><br>**[MACY'S APP – IOS VERSION]** |

17

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| |  Macy's App is providing "Store Locator" option to the wirelessly connected mobile devices |

Page |B-18

18

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| |  |

19

| Claim 1 | MACY'S, INC. |
|---|---|
|  | <br><br>The location of wirelessly connected mobile device |

Case 2:26-cv-00604   Document 1-4   Filed 07/23/26   Page 21 of 46 PageID #: 86

20

U.S. Patent No. 8,774,834

**MACY'S, INC.**

**Claim 1**



U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| |  |

22

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| |  |

Page |B-23

23

U.S. Patent No. 8,774,834

Page |B-24

| Claim 1 | MACY'S, INC. |
|---|---|
| | <br><br>[Source: Screenshots taken from Macy's App, running on iPhone]<br><br>[MACY'S       NOTICE       OF       PRIVACY       PRACTICES] |

24

| Claim 1 | MACY'S, INC. |
|---|---|
| | **Macy's and macys.com Notice of Privacy Practices**<br><br>This Notice of **Privacy Practices** ('Notice') was updated in **May 2026.**<br><br>This Notice applies to **Personal Information** collected, processed, or stored by and between Macy's, macys.com, Macy's Backstage, and Market by Macy's. Personal Information may be shared between or processed by any of these brands.<br><br>**Why We Collect and Use Information**<br><br>We at Macy's understand that you entrust your data to us. We value that trust.<br><br>Your Personal Information will be retained only as long as necessary to carry out the purposes outlined in this Notice. Personal Information will be retained and disposed of in accordance with Macy's Data Retention Policy and Schedule. |

Case 2:26-cv-00604   Document 1-4   Filed 07/23/26   Page 27 of 46 PageID #: 92

| Claim 1 | MACY'S, INC. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Geolocation** | **Information We Collect Through Data Collection Technologies** When shopping on our website we collect geolocation data such as IP address. | ✓ | | ✓ | | ✓ | ✓ |
| | **Precise Geolocation*** | **Information We Collect Through Data Collection Technologies** We collect location data when your device is set to provide location information or when you have notified the store that you have arrived to pick up your curbside order. | ✓ | | | | ✓ | |

[Link: https://www.macys.com/customer-service/articles/macys-and-macyscom-notice-of-privacy-practices-2 ]

**[ABOUT MACY'S APP]**

26

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
|  | **Macy's Mobile App**<br><br>The **Macy's Mobile App** is a free app available for **iPhone® and Android™ devices**, designed to make shopping and account management easy on the go.<br><br>With the Macy's Mobile App, you can:<br>• Shop and browse the latest styles and collections<br>• Access special offers and promotions<br>• Track pickup and delivery orders<br>• Find a nearby Macy's store<br>• Create, manage, and shop gift registries<br>• Pay, view statements, and manage your **Macy's Card** or **Macy's American Express® Card**<br>• Use **Macy's Pay** for quick checkout<br><br>[Link: https://www.macys.com/customer-service/articles/about-macys-mobile-app] |
| determining the location of the mobile device; | Macy's, using the Accused Product, performs the step of determining the location of the mobile device.<br><br>For example, Macy's App determines the precise-location/current location of the user's smartphone ("mobile                                             device").<br><br>**[MACY'S APP – APPLE APP STORE]** |

27

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---------|--------------|



| Claim 1 | MACY'S, INC. |
|---------|--------------|
| | [Link: https://apps.apple.com/us/app/macys-online-shopping-save/id341036067]<br><br>**[MACY'S APP – IOS VERSION]** |

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| |  |

Page |B-30

30

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| |  The location of wirelessly connected mobile device<br><br>[Source: Screenshots taken from Macy's App, running on iPhone]<br><br>[MACY'S      NOTICE      OF      PRIVACY      PRACTICES] |

31

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| | ## Macy's and macys.com Notice of Privacy Practices<br><br>This Notice of **Privacy Practices** ('Notice') was updated in **May 2026.**<br><br>This Notice applies to **Personal Information** collected, processed, or stored by and between Macy's, macys.com, Macy's Backstage, and Market by Macy's. Personal Information may be shared between or processed by any of these brands.<br><br>## Why We Collect and Use Information<br><br>We at Macy's understand that you entrust your data to us. We value that trust.<br><br>Your Personal Information will be retained only as long as necessary to carry out the purposes outlined in this Notice. Personal Information will be retained and disposed of in accordance with Macy's Data Retention Policy and Schedule. |

Page |B-32

| Claim 1 | MACY'S, INC. | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Geolocation** | **Information We Collect Through Data Collection Technologies** When shopping on our website we collect geolocation data such as IP address. | ✓ | ✓ | ✓ | ✓ | |
| | **Precise Geolocation\*** | **Information We Collect Through Data Collection Technologies** We collect location data when your device is set to provide location information or when you have notified the store that you have arrived to pick up your curbside order. | ✓ | | ✓ | | |
| | [Link: https://www.macys.com/customer-service/articles/macys-and-macyscom-notice-of-privacy-practices-2] | | | | | | |
| determining a point of interest having a name comprising a first portion, the first portion comprising the plurality of letters; | Macy's, using the Accused Product, performs the step of determining a point of interest having a name comprising a first portion, the first portion comprising the plurality of letters and transmitting the name of the point of interest to the mobile device. | | | | | | |

33

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| transmitting the name of the point of interest to the mobile device; | For example, Macy's determines "Queens – Rego Park," and "Queens Furniture and Mattress Gallery" ("point of interest") having a name which includes "Queens" ("Plurality of Letters"). Further, Macy's provides a map view of the stores, where location of store is marked on map view & basic information (name, store timing, Services, etc.) displayed to the user's smartphone ("mobile device"). **[MACY'S APP – IOS VERSION]** |

34

| Claim 1 | MACY'S, INC. |
|---|---|
| |  Point of Interests (stores) determined by the Macy's App, in response to the user's query (including plurality of letters), where location of the point of interests are marked in the map view, and user can select these stores (point of interests) |

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| receiving, from the mobile device, an indication of a |  [Source: Screenshots taken from Macy's App, running on iPhone]<br><br>Macy's, using the Accused Product, performs the step of receiving, from the mobile device, an indication of a selection of the name of the point of interest. |

36

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| selection of the name of the point of interest; | For example, when a user clicks on the name of the Store ("Point of interest") in list view or location marking of the store in map view, Macy's App receives an indication of selection of that store to further provide details of that store.<br><br>**[MACY'S APP – IOS VERSION]**<br><br> |

37

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| |  |

38

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| |   User can select the store (by clicking on the store name in the list view) to see further details of the store |

Page |B-39

39

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| |  [Source: Screenshots taken from Macy's App, running on iPhone] |
| determining point of interest data associated | Macy's, using the Accused Product, performs the step of determining point of interest data associated with the point of interest, and transmitting the point of interest data associated with the point of interest to the mobile device. |

40

U.S. Patent No. 8,774,834

| Claim 1 | MACY'S, INC. |
|---|---|
| with the point of interest; and<br><br>transmitting the point of interest data associated with the point of interest to the mobile device. | For example, after the selection of a specific store by the user, Macy's provides additional information such as service hours, services available at store, etc. ("point of interest data") of that store to the user's smartphone ("mobile device"). Additionally, user can select any store from the map view to see the store information.<br><br>**[MACY'S APP – IOS VERSION]** |

41

| Claim 1 | MACY'S, INC. |
|---------|--------------|
| | User can select the store (by clicking on the store location indication in the map view) to see further details of the store |

U.S. Patent No. 8,774,834

**MACY'S, INC.**

**Claim 1**



U.S. Patent No. 8,774,834

Case 2:26-cv-00604   Document 1-4   Filed 07/23/26   Page 45 of 46 PageID #: 110

| Claim 1 | MACY'S, INC. |
|---------|--------------|
| |   User can select the store (by clicking on the store name in the list view) to see further details of the store |

44

U.S. Patent No. 8,774,834

Page |B-45

| Claim 1 | MACY'S, INC. |
|---|---|
| |  |

[Source: Screenshots taken from Macy's App, running on iPhone]

45